# Levi & Korsinsky

33 Whitehall St., 17th Floor
New York, NY 10004
2-363-7500
2-363-7171
ww.zlk.com
n@zlk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2024

October 22, 2024

**MEMO ENDORSED**

> Application GRANTED. The Clerk of Court is respectfully directed to close the motion now pending at Dkt. 23 as MOOT. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> October 23, 2024

**BY ELECTRONIC CASE FILING**

Honorable Barbara Moses, Magistrate Judge
United States District Court - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 740
New York, NY 10007-1312

**Re: Joiner et al. v. NHL Enterprises, Inc. et al, Case No. 1:23-cv-02083-LAK-BCM**

Dear Judge Moses:

Pursuant to the Court's February 15, 2024 Order (ECF 36), Plaintiffs Zachary Joiner, Daniel Kassl, and Hanwook Nam ("Plaintiffs") and Defendants the National Hockey League and NHL Enterprises, Inc. (collectively, "NHL" or "Defendants") jointly write to inform the Court that the Second Circuit issued its decision in *Salazar v. National Basketball Association*, No. 23-1147 (2d Cir. Oct. 15, 2024). The Second Circuit's decision is attached.

Here, Defendants' moved to dismiss on June 20, 2023 (the "Motion"). Plaintiffs submitted their opposition on July 26, 2023, and Defendants submitted their reply on August 23, 2023. On February 15, 2024, this case was stayed, pending the Second Circuit's decision in *Salazar*.

The Parties have conferred and agree that it would be helpful to the Court and the Parties for the Parties to refresh the pleadings and briefing in this matter to (i) reflect their respective positions on the guidance provided by *Salazar* and numerous other VPPA decisions issued over the 14 months since briefing on the Motion was closed; and (ii) narrow the issues in dispute. Defendants believe that there are several grounds for dismissal which are unaffected by *Salazar* and supported by the other case law. Plaintiffs disagree, but believe the Complaint could nonetheless be strengthened in light of recent VPPA case law. The Parties therefore propose the following schedule for amendment of the Complaint and a subsequent motion to dismiss:

- November 12, 2024 – Plaintiffs' Amended Complaint Due.

- December 12, 2024 – Defendants' Motion to Dismiss Due.

- January 13, 2025 – Plaintiffs' Opposition Due.

- January 29, 2025 – Defendants' Reply Due.



October 22, 2024

      We thank the Court for its attention to this matter, and respectfully request that the proposed schedule be "so ordered."

                                                    Respectfully,

| | |
|---|---|
| */s/ Mark S. Melodia* | */s/ Mark S. Reich* |
| Mark S. Melodia | Mark S. Reich (MR-4166) |
| Stosh M. Silivos | Courtney E. Maccarone (CM-5863) |
| Sophie L. Kletzien | Gary I. Ishimoto (pro hac vice to be filed) |
| **HOLLAND & KNIGHT LLP** | 33 Whitehall St., 17th Floor |
| 31 West 52nd Street | New York, NY 10004 |
| New York, New York 10019 | Telephone: (212) 363-7500 |
| (212) 513-3200 | Facsimile: (212) 363-7171 |
| mark.melodia@hklaw.com | Emails: mreich@zlk.com |
| stosh.silivos@hklaw.com | cmaccarone@zlk.com |
| sophie.kletzien@hklaw.com | gishimoto@zlk.com |
| | |
| *Counsel for Defendants NHL Enterprises, Inc. and National Hockey League* | *Counsel for Plaintiffs* |