USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/21/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZACHARY JOINER, et al.,

    Plaintiffs,

-against-

NHL ENTERPRISES, INC., et al.,

    Defendants.

23-CV-2083 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By order dated February 15, 2024 (Dkt. 36), this action was stayed in light of the pending appeal of *Salazar v. Nat'l Basketball Ass'n*, Case No. 23-1147.[1] On October 22, 2024, the parties filed a joint letter (Dkt. 40) advising the Court that the Second Circuit had issued its decision in *Salazar*.[2] On October 23, 2024, this Court granted the parties' request that plaintiffs file an amended complaint and that defendants file an updated motion to dismiss, and directed the Clerk of Court to close defendants' then-pending motion to dismiss (Dkt. 41), but neglected to formally lift the stay. On November 13, 2024, plaintiff filed their amended complaint. (Dkt. 43.) On December 12, 2024, defendants filed their updated motion to dismiss. (Dkt. 44.)

    It is hereby ORDERED that the stay imposed on February 15, 2024 is VACATED.

Dated: New York, New York
        January 21, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] *Salazar v. Nat'l Basketball Ass'n*, 685 F. Supp. 3d 232, 239 (S.D.N.Y. 2023), *vacated and remanded*, 118 F.4th 533 (2d Cir. 2024).

[2] *Salazar v. Nat'l Basketball Ass'n*, 118 F.4th 533, 539 (2d Cir. 2024).