# Levi & Korsinsky

33 Whitehall St., 27th Floor
New York, NY 10004
T: 212-363-7500
F: 212-363-7171
www.zlk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/6/2025___

Christopher DeVivo | cdevivo@zlk.com

July 30, 2025

**MEMO ENDORSED**

*VIA ECF*

Honorable Barbara Moses, Magistrate Judge
United States District Court - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 740
New York, NY 10007-1312

Re: ***Joiner et al. v. NHL Enterprises, Inc.*** et al, Case No. 1:23-cv-02083-LAK-BCM

Dear Judge Moses:

My firm represents Plaintiffs Jim Donato, Zachary Joiner, Daniel Kassl, and Hanwook Nam (collectively, "Plaintiffs") in the above-referenced matter. We write to withdraw Plaintiffs' request to stay the proceedings, filed on July 29, 2025 (ECF 62). The basis for that request—namely, to stay these proceedings pending the Second Circuit's resolution of the Petition for Rehearing En Banc (the "Petition") in *Solomon v. Flipps Media, Inc.*, No. 23-7597-CV, 2025 WL 1256641 (2d Cir. May 1, 2025), filed on June 11, 2025—is now moot, as the Second Circuit has denied the Petition.[1]

We apologize for any inconvenience and thank the Court for its attention to this matter.

Respectfully,

*/s/ Christopher DeVivo*
Christopher V. DeVivo (5969787)
Mark S. Reich (MR-4166)
Michael Pollack (6173272)
Gary S. Ishimoto (pro hac vice to be filed)
33 Whitehall St., 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
cdevivo@zlk.com
mreich@zlk.com
mpollack@zlk.com
gishimoto@zlk.com

*Counsel for Plaintiffs*

> The Clerk of Court is respectfully directed to close the motion at Dkt. 62. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> August 6, 2025

---

[1] *See Solomon v. Flipps Media, Inc.*, No. 23-7597, Dkt. 57.