UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ZACHARY JOINER, *et al.*,

Plaintiffs,

-against-

23-cv-2083 (LAK)

NHL ENTERPRISES, INC, *et al.*,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/31/2026

## ORDER

LEWIS A. KAPLAN, *District Judge*.

The Clerk shall close this case.

SO ORDERED.

Dated: March 31, 2026

_____
Lewis A. Kaplan
United States District Judge